**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

_____
)
IN RE: )
) CHAPTER 11
CHARLES STREET AFRICAN METHODIST )
EPISCOPAL CHURCH OF BOSTON, ) CASE NO. 12-12292 (FJB)
)
    Debtor. )
_____)

**NOTICE OF APPEAL**

OneUnited Bank, a secured creditor in the above-captioned bankruptcy case, appeals under 28 U.S.C. § 158(a) and Fed. R. Bankr. P. 8001 from the Order of Frank J. Bailey, Chief Bankruptcy Judge, sustaining Debtor Charles Street AME's First Objection to Proof of Claim No. 10 filed by OneUnited Bank (Docket No. 373) (the "Order"), entered in this bankruptcy case on the 19th day of September, 2012.

The names of all parties to the Order and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| *OneUnited Bank* | *Charles Street African Methodist* |
| Gayle P. Ehrlich, BBO #546861 | *Episcopal Church of Boston* |
| gehrlich@pierceatwood.com | D. Ross Martin (BBO No. 629853) |
| Liam J. Vesely, BBO #549214 | Jonathan B. Lackow (BBO No. 670060) |
| lvesely@pierceatwood.com | William L. Roberts (BBO No. 679735) |
| Lawrence M. Edelman, BBO #151010 | Gregory L. Demers (BBO No. 678669) |
| ledelman@pierceatwood.com | ROPES &GRAY LLP |
| PIERCE ATWOOD LLP | Prudential Tower |
| 100 Summer Street, Suite 2250 | 800 Boylston Street |
| Boston, MA 02110 | Boston, Massachusetts 02199-3600 |
| Telephone:(617) 488-8100 | Tel: (617) 951-7000 |
| Facsimile: (617) 824-2020 | Fax: (617) 951-7050 |

ONEUNITED BANK

By its attorneys,
Pierce Atwood LLP

Date: October 3, 2012

By: */s/ Gayle P. Ehrlich*
Lawrence M. Edelman, BBO #151010
ledelman@pierceatwood.com
Gayle P. Ehrlich, BBO #546861
gehrlich@pierceatwood.com
Liam J. Vesely, BBO #549214
lvesely@pierceatwood.com
100 Summer Street, Suite 2250
Boston, MA 02110
Telephone: (617) 488-8100
Facsimile: (617) 824-2020

{W3349691.1}